IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHELLE NEZOVICH,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3435

Opinion filed October 14, 2015.

An appeal from an order of the Circuit Court for Escambia County.
T. Michael Jones, Judge.

Michelle Nezovich, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.  See Fla. R. Crim. P. 3.850(j); Fla. R. App. P. 9.110(b).

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.